IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHEILA GUIVOANA ATLAS                                                                      PLAINTIFF

vs.                                           CASE NO. 4:08CV02500 HLJ

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION                                                         DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 15th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE